AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

KEITH A. WARREN,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:   3:13-cv-00471-MMD-VPC

BRIAN SANDOVAL, et al.,

      Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE to the filing of a new complaint in a new action with a properly completed pauper application with all new and complete financial attachments in compliance with 28 USC 1915(a).
    **IT IS FURTHER ORDERED** that this Court CERTIFIES that any *in forma pauperis* appeal from this order would not be taken "in good faith" pursuant to 28 USC 1915(a)(3).

    September 9, 2013                                        **LANCE S. WILSON**
                                                                     Clerk

                                                                     /s/ K. Rusin
                                                                     Deputy Clerk